United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KENNERT VINICIO OJEDA UCHUARI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1983 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

Before the Court are Petitioner's Unopposed Motion for Leave to File Motion for Extension of Time After the Deadline and Motion for Extension of Time to File Reply, (Dkt. No. 11). Rule 6(b) governs extensions of deadlines set by the Federal Rules of Civil Procedure, or by order of the District Court. *See* Fed. R. Civ. P. 6(b)(1); *see also* 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (4th ed. 2013). When a party moves to extend a deadline before it expires, the Court may extend the deadline for "good cause." Fed. R. Civ. P. 6(b)(1). When a party moves to extend a deadline after the deadline has already passed, the Court may grant the motion "for good cause . . . if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). The requirements of both excusable neglect and good cause must therefore be satisfied for the Court to grant the pending motion.[1] *See, e.g., Lafontaine v. Tween Brands, Inc.*, No. 4:16-CV-335, 2017 WL 2620325, at *2 (E.D. Tex. June 16, 2017) (finding that both standards must be met to prevent the court from striking a late-filed motion for summary judgment). "The permissive language

[1] The deadline for Petitioner to file a reply to Respondents' response was November 20, 2026. (Dkt. No. 7 at 1). Petitioner filed his Motion for Leave, (Dkt. No. 11), on November 21, 2026.

of Rule 6(b) shows that any grant of an extension of time for when an act must be done falls to the district court's discretion." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010); *see SL Pathology Leasing of Texas LLC v. Miraca Life Scis., Inc.*, 2015 WL 672264, at *1 (S.D. Tex. Feb. 17, 2015).

Having considered the Motion and all applicable law, and because the Motion is unopposed, the Court finds excusable neglect and good cause to extend the deadline for Petitioner to file a reply. Accordingly, Petitioner's Unopposed Motion for Leave to File Motion for Extension of Time After the Deadline and Motion for Extension of Time to File Reply, (Dkt. No. 11), are **GRANTED**. The Court **EXTENDS** Petitioner's reply deadline to **December 4, 2026**.

It is so **ORDERED**.

**SIGNED** on November 23, 2026.

Brian C. Bajew
United States Magistrate Judge